IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD MENDOZA, JR.,

    Plaintiff,

v.                                             No. CIV-15-0400 MCA/LAM

THE CITY OF CARLSBAD; THE CARLSBAD
POLICE DEPARTMENT; DANIEL F. FIERRO,
RORY J. CASTANEDA and BRAD S. RODRIGUEZ,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:          Status re: 12/9/15 Settlement Conference

DATE AND TIME OF HEARING:      Tuesday, November 10, 2015 at 10:00 a.m.
                                                           (Trailing Docket – 15 minutes)

LOCATION:                            U.S. Courthouse and Federal Building, 5th Floor,
                                                           100 N. Church, Las Cruces, NM, before
                                                           U.S. Magistrate Judge LOURDES A. MARTÍNEZ

    Judge Martínez shall be responsible for initiating and coordinating the call.  Please notify her chambers by 11:00 a.m. the day before the hearing if you will be at a telephone number other than the one listed in the court's file.

    IT IS SO ORDERED.

                                                           _____
                                                           **LOURDES A. MARTÍNEZ**
                                                           **UNITED STATES MAGISTRATE JUDGE**