IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD MENDOZA, JR.,

    Plaintiff,

v.                                              No. CIV-15-0400 MCA/LAM

THE CITY OF CARLSBAD; THE CARLSBAD
POLICE DEPARTMENT; DANIEL F. FIERRO,
RORY J. CASTANEDA and BRAD S. RODRIGUEZ,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:        Status re: 12/9/15 Settlement Conference

DATE AND TIME OF HEARING:    Wednesday, November 18, 2015 at 2:00 p.m.
                                                      (Trailing Docket – 15 minutes)

LOCATION:                         U.S. Courthouse and Federal Building, 5th Floor,
                                                      100 N. Church, Las Cruces, NM, before
                                                        U.S. Magistrate Judge LOURDES A. MARTÍNEZ

    **The parties shall call into the Court's "meet-me" line at 505-348-2694.**  It is recommended that a reliable long-distance carrier be used to ensure sound quality.  This line can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                        _____
                                                        **LOURDES A. MARTÍNEZ**
                                                        **UNITED STATES MAGISTRATE JUDGE**