IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD MENDOZA, JR.,

    Plaintiff,

v.          No. CIV-15-0400 MCA/LAM

THE CITY OF CARLSBAD; THE CARLSBAD
POLICE DEPARTMENT; DANIEL F. FIERRO,
RORY J. CASTANEDA and BRAD S. RODRIGUEZ,

    Defendants.

## ORDER REGARDING ATTENDEES AT SETTLEMENT CONFERENCE

A settlement conference has been scheduled in this case for **Wednesday, December 9, 2015 at 9:30 a.m., at the United States Courthouse, 100 N. Church St., Picacho Courtroom (4th Floor - South Tower), Las Cruces, New Mexico. No later than Wednesday, December 2, 2015**, each party shall provide me a list of every person who will attend the settlement conference. Each person attending the settlement conference **must** have a *photo ID* with them to show to the security officers when they enter the Court. It goes without saying that no weapons or contraband can be brought into the courthouse. The parties are to submit the lists of attendees *by e-mail* to lmproposedtext@nmcourt.fed.us.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**