# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**EDWARD MENDOZA, JR.,**

    **Plaintiff,**

**v.**                                           **No. CIV-15-0400 MCA/LAM**

**CITY OF CARLSBAD, et al.**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on December 9, 2015, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Friday, January 8, 2016** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**